IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Boyce Van Osdol, ) | Civil Action No. 6:05-CV-01191-HFF-BHH |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **CONSENT ORDER OF DISMISSAL** |
| ) | |
| Lockheed Martin Aircraft Center, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Amended Complaint in this Action contains Seven Counts. Counts I (FMLA), II (ERISA), and VII (ADA) invoke this Court's subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question). Counts III-VI arise under South Carolina law for which this Court has jurisdiction under 28 U.S.C. § 1367(a) (supplemental jurisdiction) as both Plaintiff and Defendant are South Carolina residents.

Pursuant to an agreement between the parties, all claims arising under federal law (Counts I, II, and VII) are dismissed with prejudice (without any effect on any other claims arising under State law).

The parties are in agreement that the remaining claims may raise novel or complex issues of state law, that the state claims in this case substantially predominate over the federal claims, and that there are other compelling reasons for this Court to not exercise jurisdiction over the remaining claims. Accordingly, with the consent of the parties, Counts III-VI of the Amended Complaint are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(1)-(4). Any periods of limitation affecting the state law claims raised in the Amended Complained are tolled pursuant to 28 U.S.C. § 1367(d).

Having dismissed all claims pending in this action, this case is hereby DISMISSED.

February 16, 2006               s/Henry F. Floyd
                                        Henry F. Floyd
                                        United States District Judge

WE SO MOVE:

| s/ Brian P. Murphy | s/ Andreas N. Satterfield, Jr. |
|---|---|
| Brian P. Murphy | Andreas N. Satterfield, Jr. |
| Federal Bar No. 6405 | Fed. Bar No. 4812 |
| Brian Murphy Law Firm, P.C. | Amy L. Keegan |
| 708 E. McBee Avenue | Fed. Bar No. 9025 |
| Greenville, SC 29601 | NELSON MULLINS RILEY & |
| (864) 370-9400 | SCARBOROUGH, LLP |
| 104 South Main Street / Ninth Floor | Post Office Box 10084 (29603-0084) |
| Attorney for Boyce Van Osdol | Greenville, SC 29601 |
| (864) 250-2300 | (864) 250-2329 (fax) |